UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                              Case No. 16-CR-154

BRYANT WAUPOOSE, SR.,

        Defendant.

## ORDER GRANTING EARLY TERMINATION OF PROBATION

On February 10, 2017, Bryant Waupoose, Sr. entered a guilty plea to Assault Resulting in Serious Bodily Injury. On May 16, 2017, he was sentenced to five years of probation. Waupoose has filed a motion for early termination based on his general compliance with all conditions of supervision. He has completed over 2.5 years of his probation and has paid all fines as of November 30, 2019. The Government and Probation do not object. Based upon the foregoing, the motion is GRANTED and probation is hereby terminated.

Dated at Green Bay, Wisconsin this   27th   day of March, 2020.

                                            s/ William C. Griesbach
                                            William C. Griesbach, District Judge
                                            United States District Court